IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., WARNER-LAMBERT COMPANY LLC and PF PRISM IMB B.V., <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. _____ |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice:  No earlier than October 14, 2020

Date of Expiration of Patent:  February 8, 2034

Thirty Month Stay Deadline:  *See Below

\*   The ANDA is subject to a 30-month stay in *In re Palbociclib Patent Litigation*, MDL No. 19-2912-CFC (D. Del.).

*/s/ Megan E. Dellinger*
Attorney(s) for Plaintiffs

Dated: November 13, 2020